UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                            :

JOSEF VOLMAN,                        :

                   Plaintiff,    :

                            :           21 Civ. 10360 (LGS)

          -against-       :

                            :              ORDER

ANJDEV ENTERPRISES INC. et al.,    :

                     Defendants.  :

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference is scheduled for February 9, 2022, at 4:30 p.m.

      WHEREAS, Defendants have been served but have not filed an appearance in this case.

      WHEREAS, on January 31, 2022, Plaintiff filed a motion to adjourn the initial pretrial

conference.  It is hereby

      **ORDERED** that Plaintiff's request for an adjournment is **GRANTED**.  The initial

pretrial conference scheduled for February 9, 2022, is **adjourned** to **March 9, 2022**, at **4:30 p.m.**

on the following conference line: 888-363-4749, access code: 558-3333.  It is further

      **ORDERED** that by **March 2, 2022**, (1) the parties shall file a joint letter and proposed

case management plan or (2) if Defendants have not appeared, Plaintiff shall move for default

against Defendants pursuant to Attachment A of the Court's Individual Rules.  It is further

      **ORDERED** that Plaintiff shall serve a copy of this Order on Defendants, and shall file

affidavits of service no later than **February 4, 2022**.

      The Clerk of Court is respectfully directed to close the motion at Docket No. 10.

Dated: February 1, 2022
      New York, New York

                              **LORNA G. SCHOFIELD**
                          **UNITED STATES DISTRICT JUDGE**