```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   JOSEF VOLMAN,                                             :
                                       Plaintiff,            :
                                                             :      21 Civ. 10360 (LGS)
                  -against-                                  :
                                                             :             ORDER
   ANJDEV ENTERPRISES INC., et al.,                          :
                                       Defendants.           :
-------------------------------------------------------------:
                                                             X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated February 1, 2022, directed Plaintiff to move for default against Defendants if Defendants had not appeared by March 2, 2022.

WHEREAS, the initial pretrial conference is currently scheduled for March 9, 2022, at 4:30 p.m.

WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service of the Court's February 1, 2022 Order on the docket. It is hereby

**ORDERED** that by **March 10, 2022**, Plaintiff shall (i) file proof of service of the Court's Order dated February 1, 2022 and this Order, and (ii) move for default against Defendants pursuant to Attachment A of the Court's Individual Rules. It is further

**ORDERED** that the initial pretrial conference scheduled for March 9, 2022, at 4:30 p.m. is **adjourned sine die**.

Dated: March 3, 2022
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE