UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEF VOLMAN,
                                      Plaintiff,

-against-                              21 Civ. 10360 (LGS)

ANJDEV ENTERPRISES INC., et al.,       ORDER
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by orders dated February 1, 2022, March 3, 2022, and March 11, 2022, Plaintiff was directed to file proof of service of the Court's orders in this action.

    WHEREAS, Plaintiff has not filed proof of service of such orders.  It is hereby

    **ORDERED** that by **March 18, 2022**, Plaintiff shall file proof of service of the Court's previous orders.  Failure to abide by the Court's orders or to seek extensions or other relief will result in sanctions, which may include dismissal of the case.

Dated: March 16, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE